UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HENRY J. BUCHELLI, JR.,

           Plaintiff,          24-cv-8480 (JGK)

  - against -                ORDER

NATIONAL RAILROAD PASSENGER
CORPORATION,

           Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 13, 2024.

SO ORDERED.

Dated:    New York, New York
           November 27, 2024

                                     /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge