UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HENRY J. BUCHELLI, JR.,
                       Plaintiff(s)

               24 civ 8480 (JGK)

    -against-

NATIONAL RAILROAD PASSENGER CORPORATION,
                     Defendant(s).
------------------------------------------------------------X

## ORDER

A scheduling order having been submitted on December 5, 2024,

The conference scheduled for February 25, 2025, at 4:00pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       January 28, 2025